AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT

**Feb 12, 2024**

for the

Eastern District of Washington

SEAN F. McAVOY, CLERK

GABRIEL B.

|   |   |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| MARTIN O'MALLEY, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY | ) |
| *Defendant* | |

Civil Action No.   4:23-CV-5058-ACE

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:    Pursuant to the Court's order at ECF No. 17, the Commissioner's final decision is REVERSED and this case is REMANDED for further proceedings under sentence four of 42 U.S.C. § 405(g).
Plaintiff's motion to reverse, ECF No. 11, is GRANTED.
Defendant's motion to affirm, ECF No. 15, is DENIED.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Magistrate Judge Alexander C. Ekstrom

Date:  2/12/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony

*(By) Deputy Clerk*

Brian Molony